OPINION — AG — THE ATTORNEY GENERAL HAS CONSIDERED YOUR REQUEST OF MAY 15, 1967, WHEREIN IN THE PROPRIETY OF PAYMENT OF CERTAIN CLAIMS FOR OIL AND GAS PRODUCTS FURNISHED TO ROGER MILLS COUNTY ARE IN QUESTION. QUESTION: "MAY THE PRESENT COUNTY COMMISSIONERS, AT THIS TIME APPROVE THE CLAIM FOR PRODUCTS DELIVERED DURING THE YEAR OF 1965 AND 1966? — AFFIRMATIVE CITE: 62 O.S. 1951 310.4 [62-310.4] 62 O.S. 1961 310.4 [62-310.4] (BRIAN UPP)